# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SAINT GOBAIN AUTOVER USA, INC., et al., | CASE NO.  1:06CV02781 |
| PLAINTIFFS, | JUDGE SARA LIOI |
| vs. | |
| | ORDER |
| XINYI GLASS NORTH AMERICA, INC., et al., | |
| DEFENDANTS. | |

Beginning forth-five (45) days from the date of this Order, counsel shall submit Status Reports to the Court every forty-five days during the pendency of this matter.  Status Reports are to briefly state the following: (1) discovery that has occurred during the reporting period; (2) settlement discussions that have occurred during the reporting period; (3) motions that have been filed or remain pending during the reporting period; and (4) any developments that might give rise to a request to deviate from the schedule outlined in the forthcoming Case Management Plan and Trial Order. These are to be procedural reports; they are not to contain substantive discussions of the merits of any claims or defenses asserted. Failure to file Status Reports will affect the Court's willingness to grant requested extensions of time to perform any acts required under the forthcoming Case Management Plan and Trial Order or under any applicable federal or local rule of procedure. Repeated failures to file Status Reports may result in additional

sanctions, including dismissal of claims or defenses under Rule 41(b) of the Federal Rules of Civil Procedure. If any party wishes to disclose, in a Status Report, sensitive procedural matters (*e.g*., a request for a settlement conference, or personal reasons why extensions of time are requested), that party may submit its Status Report *ex parte*.

       IT IS SO ORDERED.


Dated:  September 24, 2007       *s/  Sara Lioi*
       **HONORABLE SARA LIOI**
       **UNITED STATES DISTRICT JUDGE**