# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **SAINT-GOBAIN AUTOVER USA, INC.,** et al., | : | **CASE NO. 1:06CV2781** |
| | : | |
| | : | **JUDGE SARA LIOI** |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| **XINYI GLASS NORTH AMERICA, INC.,** et al., | : | |
| | : | |
| **Defendants.** | : | |

## ORDER GRANTING SAINT-GOBAIN'S UNOPPOSED MOTION TO VACATE JUDGMENT AND DISMISS CASE WITH PREJUDICE

The Court has been informed that the Parties have settled this Action. Now, upon Plaintiffs' motion pursuant to Federal Rule of Civil Procedure 60(b) (Doc. No. 266), the Judgments entered on or about March 31, 2010 and April 13, 2010 (Doc. Nos. 242 and 245) are hereby vacated, for the reasons set forth in Plaintiffs' motion, and upon the Court's determination that exceptional circumstances support vacatur inasmuch as the resolution of this case is part of a global settlement that resolves litigation in the United States and in China. This Order of Vacatur does not affect any other opinion or order of this Court except for the Judgments described above.

Plaintiffs' motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2) is also granted. This matter is hereby dismissed with prejudice. All pending dates and motions are hereby stricken as moot.

**IT IS SO ORDERED**.

Dated: August 24, 2010

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**